UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>R. BARTLEY HALLORAN and R. BARTLEY )<br>HALLORAN, P.C., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 05-30083-MAP |

## R. BARTLEY HALLORAN, P.C.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, R. Bartley Halloran, P.C. ("Halloran"), through the undersigned counsel, states that at all times relevant to this Complaint, Halloran was a Connecticut Professional Corporation.  There is no parent corporation and no publicly held company owns 10% or more of its stock.

R. BARTLEY HALLORAN, P.C.,

By its attorneys,

 /s/ Kenneth D. Small
Kenneth D. Small BBO #567868
Jill M. Brannelly BBO #655474
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated:  April 11, 2005

00061383.DOC /