UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, ) ) Plaintiffs, ) ) v. ) ) R. BARTLEY HALLORAN and R. BARTLEY ) HALLORAN, P.C., ) ) Defendants. ) ) | CIVIL ACTION NO. 05-30083-MAP |

**JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiffs Barbara Cordi-Allen and John Allen (the "Allens") and defendants R. Bartley Halloran, P.C. and R. Bartley Halloran ("Halloran") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to Notice of Scheduling Conference dated April 13, 2005, an initial scheduling conference is scheduled to be held on May 17, 2005.

I. **Proposed Agenda for Scheduling Conference**

The parties propose that the agenda for the initial scheduling conference include a discussion of the following issues:

1. Proposed discovery plan and case Management.

II. **Proposed Pretrial Schedule**

1. Rule 26(a) disclosures               May 31, 2005

2. Fact Discovery including
   Depositions conducted by:            October 31, 2005

3. Expert reports by:                   November 30, 2005

4. Rebuttal reports by:                 December 31, 2005

5. Expert depositions by: February 15, 2006

6. Requests for admissions served by: March 15, 2006

7. Dispositive motions by: May 15, 2006

8. Joint pre-trial memorandum by: June 30, 2006

**III.** **Settlement**

The parties have conferred regarding the issue of settlement. They currently remain unable to reach agreement.

**IV.** **Local Rule 16.1(D)(3) Certifications**

Local Rule 16.1(D)(3) certifications to be filed by the parties.

**V.** **Magistrate Judge**

The parties do not consent to a trial by magistrate judge.


BARBARA CORDI-ALLEN and JOHN ALLEN,
By their attorney,

 /s/ Paul Revere III
Paul Revere, III BBO #636200
Law Offices of Paul Revere III
226 River View Lane
Centerville, Massachusetts 02630
(508) 778-7126

R. BARTLEY HALLORAN AND R. BARTLEY HALLORAN, P.C.,
By their attorneys,

 /s/ Kenneth D. Small
Kenneth D. Small BBO #567868
Jill M. Brannelly BBO #655474
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000


Dated: May 10, 2005