UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>R. BARTLEY HALLORAN and R. BARTLEY  )<br>HALLORAN, P.C.,  )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION NO. 05-30083-MAP |

CERTIFICATION OF R. BARTLEY HALLORAN AND R. BARTLEY HALLORAN, P.C.
PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby affirm that R. Bartley Halloran and R. Bartley Halloran, P.C. (together "Halloran") and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____       _____
Kenneth D. Small (BBO#: 567868)     R. Bartley Halloran
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: May 10, 2005

00061922.DOC /