UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARBARA CORDI-ALLEN and )
JOHN ALLEN, )
        Plaintiffs )
)
v. ) Civil Action No. 05-30083-MAP
)
)
R. BARTLEY HALLORAN and )
R. BARTLEY HALLORAN, P.C., )
        Defendants )

<u>SCHEDULING ORDER</u>
May 17, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by May 31, 2005.

2. All written discovery and non-expert depositions shall be completed by October 31, 2005.

3. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2005.

5. All expert depositions shall be completed by February 15, 2006.

6. Counsel shall appear for a case management conference on February 16, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: May 17, 2005

                                                                            /s/ Kenneth P. Neiman
                                                                            KENNETH P. NEIMAN
                                                                            U.S. Magistrate Judge