## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 05-30083-MAP |
| R. BARTLEY HALLORAN and R. BARTLEY HALLORAN, P.C., | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for R. Bartley Halloran and R. Bartley Halloran, P.C. is as follows:

Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000
Fax: (617) 213-7001

R. BARTLEY HALLORAN and
R. BARTLEY HALLORAN, P.C.,
By its attorney,

  /s/ Kenneth D. Small
Kenneth D. Small BBO #567868
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Dated: July 8, 2005

34012015v1 7048395