# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
BARBARA CORDI-ALLEN and JOHN ALLEN, )
)
        Plaintiffs, )
)
v. ) CIVIL ACTION NO. 05-30083-MAP
)
R. BARTLEY HALLORAN and R. BARTLEY )
HALLORAN, P.C., )
)
        Defendants. )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jill M. Brannelly as attorney for defendants R. Bartley Halloran and R. Bartley Halloran, P.C.

/s/ Jill M. Brannelly
Jill M. Brannelly, BBO# 655474
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
617.646.2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by hand/mail.

DATE: July 5, 2005        /s/ Jill M. Brannelly

00073511.DOC /