UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-30083-MAP |
| R. BARTLEY HALLORAN and R. BARTLEY HALLORAN, P.C., | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW MOTION TO COMPEL AND REQUEST FOR SANCTIONS

The defendant R. Bartley Halloran, P.C. ("Halloran") moves to withdraw its Motion to Compel and Request for Sanctions compelling the plaintiffs, Barbara Cordi-Allen and John Allen, to make initial disclosures as required by Fed R. Civ. R. 26(a) and to respond to written discovery pursuant to Fed. R. Civ. P. 33 and 34. As grounds for this motion Halloran states that plaintiffs' counsel called after the filing of this motion and sent the discovery responses and initial disclosures by overnight mail for delivery on August 16, 2005.

                     R. BARTLEY HALLORAN and
                     R. BARTLEY HALLORAN, P.C.,
                     By its attorney,

                     /s/ Kenneth D. Small
                     Kenneth D. Small, BBO: #567868
                     HINSHAW & CULBERTSON LLP
                     One International Place, Third Floor
                     Boston, MA 02110
                     (617) 213-7000

Dated: August 16, 2005