UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, <br><br> *Plaintiffs*, <br><br> v. <br><br> R. BARTLEY HALLORAN and R. BARTLEY HALLORAN, P.C., <br><br> *Defendants*. | CIVIL ACTION NO. 05-30083-MAP |

### R. BARTLEY HALLORAN, P.C. and R. BARTLEY HALLORAN'S
### MOTION FOR SUMMARY JUDGMENT

The defendants, R. Bartley Halloran and R. Bartley Halloran, P.C. ("Halloran"), move pursuant to Rule 56 of the federal Rules of Civil Procedure that summary judgment be entered in their favor. Counts II and III should be dismissed because the plaintiffs failed to file suit within the three-year statute of limitations period governing tort claims; and, because the plaintiffs failed to offer an expert opinion to evaluate Halloran's actions in light of the applicable standard of care. Count I should be dismissed because the plaintiffs suffered no harm. There are no disputed material facts and judgment should enter in Halloran's favor as a matter of law.

In support of this motion, Halloran relies on the Memorandum in Support of this motion, the Concise Statement of Material Facts, and the Affidavit of Kenneth D. Small, all of which are filed herewith and incorporated herein by reference.

WHEREFORE, Halloran prays that the Court enter judgment in their favor on all counts of the plaintiffs' Complaint, with costs.

R. BARTLEY HALLORAN and
R. BARTLEY HALLORAN, P.C.,

By their attorneys,

/s / Kenneth D. Small
Kenneth D. Small (BBO# 567868)
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Dated: February 17, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

Kenneth D. Small, counsel of record for the Defendants, hereby certifies that on February 9, 2006, I conferred by telephone with counsel for the Plaintiffs, in an effort in good faith to resolve or narrow the issue presented in this motion, as required by Local Rule 7.1(A)(1). After this conversation, counsel file this dispositive motion.

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF FEBRUARY, 2006**

/s/ Kenneth D. Small

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was served upon the attorney(s) of record for each party by mail.

Date: February 17, 2006          /s/ Kenneth D. Small

34017956v1 856230