```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

BARBARA CORDI-ALLEN and     )
JOHN ALLEN,                 )
          Plaintiffs        )
                            )
     v.                     ) C.A. NO. 05-30083-MAP
                            )
R. BARTLEY HALLORAN and     )
R. BARTLEY HALLORAN, P.C.,  )
          Defendants        )
```

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>
(Docket No. 14)

March 8, 2006

PONSOR, D.J.

This is an action for legal malpractice. On February 17, 2006, Defendants filed a Motion for Summary Judgment, arguing that Count I should be dismissed because Plaintiffs suffered no harm as a matter of law, and that Counts II and III should be dismissed, based on a violation of the Statute of Limitations and a failure to offer any expert opinion. Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts requires that all motions be opposed within fourteen days of service. Plaintiffs have offered no opposition to Defendants' Motion for Summary Judgment in violation of this rule.

Having reviewed the motion, and finding the arguments contained within it compelling, and noting the lack of any opposition from Plaintiffs, the court hereby ALLOWS

Defendants' Motion for Summary Judgment (Docket No. 14) on all three counts of the case.  The clerk will enter judgment for Defendants.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge