# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

BARBARA CORDI-ALLEN and
JOHN ALLEN,

    Plaintiff(s)

        v.                           CIVIL ACTION NO. 3:05 -30083 -MAP

R. BARTLEY HALLORAN, and
R. BARTLEY HALLORAN, P.C.,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants R. Bartley Halloran, and R. Bartley Halloran, P.C., against the plaintiffs Barbara Cordi-Allen and John Allen, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment.

                                               **SARAH A. THORNTON**,
                                               CLERK OF COURT

Dated: March 8, 2006                   By /s/ *Maurice G. Lindsay*
                                               Maurice G. Lindsay
                                               Deputy Clerk