UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> R. BARTLEY HALLORAN and R. BARTLEY ) <br> HALLORAN, P.C., ) <br> ) <br> *Defendants*. ) | CIVIL ACTION NO. 05-30083-MAP |

### AFFIDAVIT OF KENNETH D. SMALL

I Kenneth D. Small, hereby depose and say as follows:

1. I am an attorney duly licensed in the Commonwealth of Massachusetts and employed by Hinshaw & Culbertson LLP. I represent the defendants R. Bartley Halloran and R. Bartley Halloran, P.C. in this action. I make this affidavit based upon personal knowledge.

2. On February 9, 2006, I telephoned Plaintiffs' counsel pursuant to Local Rule 7.1, to confer regarding the anticipated filing of a Motion for Summary Judgment. Later that evening, I received a telephone call on my cell phone from Plaintiffs' counsel to requested that the documents produced in response to the request for production of documents be returned. I agreed to return the documents.

3. The documents were inadvertently not returned to Plaintiffs' counsel until after the ruling on the Motion for Summary Judgment. There was no intent to gain an unfair advantage by not returning the documents.

4. Attached as Exhibit A is a true copy of the e-mail I received from Plaintiffs'

1

counsel on February 13, 2006.

5. On February 17, 2006, I electronically filed Defendants' Motion for Summary Judgment and supporting documents with the United States District Court for the District of Massachusetts. As Plaintiffs counsel had failed, despite Court Order to register for ECF, the Motion and supporting documents were served by mail.

6. There was no communication between Plaintiffs' Counsel and myself between February 17, 2006 and March 3, 2006. Plaintiffs' counsel never indicated that he intended to file a motion to extend the time to respond to the Motion for Summary Judgment.

7. On Tuesday, February 21, 2006, I received a telephone call from the Court informing me that, due to the pendency of the Motion for Summary Judgment, the conference scheduled for February 22, 2006, would not go forward. The Court informed me that it had already spoken with Plaintiffs' counsel concerning the postponement of the hearing.

8. On March 6, 2006, after the deadline to file an opposition had already passed, I called Plaintiffs' counsel to discuss the status of the case. Although Plaintiffs counsel requested the return of the original documents, he never indicated that any motion had or would be filed with the Court to request additional time to respond to the Motion for Summary Judgment.

Signed under the pains and penalties of perjury this 21st day of March, 2006

_____
Kenneth D. Small



| | |
|---|---|
| Revereill@aol.com | To  ksmall@hinshawlaw.com |
| 02/13/2006 02:05 PM | cc |
| | bcc |
| | Subject  REVERE ADDRESS |

History:  ▶ This message has been forwarded.

Paul Revere, III
Law Offices of Paul Revere, III
297 North Street, Suite 336
Hyannis, MA  02601