UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

————————————————————————— )
BARBARA CORDI-ALLEN and JOHN ALLEN,  )    CIVIL ACTION NO. 05-30083-MAP
Plaintiffs                           )
                                     )
v.                                   )
R. BARTLEY HALLORAN and R. BARTLEY   )
HALLORAN, P.C.,                      )
Defendants                           )
—————————————————————————)

### NOTICE OF APPEAL OF PLAINTIFFS

Notice is hereby given that the Plaintiffs hereby appeal to the Court of Appeals from the March 8, 2006, judgment dismissing all of their claims pursuant to Rule 56 of the Federal Rules of Civil Procedure for the reason that the court erred as a matter of law in entering judgment against the plaintiff by, amongst other reasons, concluding that all claims were negligence claims rather than breach of contract claims and subject to a three year rather than six year statute of limitations and failure to apply the standards of Rule 56 in determining whether summary judgment should enter in favor of Defendant. Plaintiffs also appeal from the denial of their motion requesting relief from judgment dated March 18, 2006.

                              Respectfully Submitted,

                              Paul Revere, III
                              (BBO #636200)
                              Law Offices of Paul Revere, III
                              297 North Street, Suite 336
                              Hyannis, Massachusetts 02601
                              (508)778-7126

Dated: April 6, 2006

1

I certify that this notice was served upon the attorney of record for each party on April 6, 2006.

Paul Revere, III