UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR 21  P 1: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

USDC Docket Number : 3:05-cv-30083-MAP

BARBARA CORDI-ALLEN and JOHN ALLEN
Plaintiff

v.

R. BARTLEY HALLORAN and R. BARTLEY HALLORAN. P.C.,
Defendants

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1 through 25

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 4/07/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/18/06.

Sarah A Thornton, Clerk of Court

By: /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/20/06 .

*George Kretas*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  06-1664

RECEIVED APR 19 2006 U.S. Court of Appeals

N:\MyFiles\DOCS\ClerksCertificate-COA.frm- 3/06