# United States Court of Appeals
## For the First Circuit

No. 06-1664

BARBARA CORDI-ALLEN; JOHN E. ALLEN,

Plaintiffs, Appellants,

v.

R. BARTLEY HALLORAN; R. BARTLEY HALLORAN, P.C.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: November 22, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Costs are awarded to R. Bartley Halloran and R. Bartley Halloran, P.C.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/13/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Revere, & Mr. Delinks & Mr. Small.]