# United States Court of Appeals
## For the First Circuit

No. 06-1664
D.C. No. 05-30083

BARBARA CORDI-ALLEN; JOHN E. ALLEN

Plaintiffs - Appellants

v.

R. BARTLEY HALLORAN; R. BARTLEY HALLORAN, P.C.

Defendants - Appellees

TAXATION OF COSTS

**Entered: March 2, 2007**

Costs in favor of Appellees' R. Bartley Halloran and R. Bartley Halloran, P.C. are taxed as follows:

| | |
|---|---|
| Reproduction of Appellees' Brief: | $ <u>83.85</u> |
| Reproduction of Supplemental Appendix: | $ <u>52.85</u> |
| **TOTAL:** | $ <u>**136.70**</u> |

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on December 13, 2006.

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIA MCGRATH
By:_____
Appeals Attorney

[Certified Copies: Hon. Michael A. Ponsor and Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Paul Revere, III, Esq., Kenneth D. Small, Esq., Marissa I. Delinks, Esq.]